IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

V.

JEFFERY ALLMOND, JR.

Docket No. 4:18CR00268-1 GA.

### Order Modifying Conditions of Release

The above-named defendant appeared before this Court on December 20, 2018, for an initial appearance and arraignment. He was released on a $50,000 bond secured by a third-party signature. A condition of location monitoring was imposed pursuant to 18 U.S.C. § 3142 (Adam Walsh Act). The statute further requires that a curfew must be imposed as a condition of release.

Whereas, no component of location monitoring was specified by the probation office in its recommendation for location monitoring and none was imposed, the Court hereby modifies the order setting conditions of release to require that the defendant submit to a curfew from 8 p.m. to 6 a.m. daily, effective December 28, 2018.

So ordered this 4th day of January, 2019.

JAMES E. GRAHAM
U.S. MAGISTRATE JUDGE