IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY ALLMOND, JR.,<br><br>Defendant. | CRIMINAL ACTION NO.: 4:18CR268 |

**ORDER**

This matter is before the Court on the Motion for Leave of Absence by Lloyd D. Murray, Sr., counsel for Defendant Jeffery Allmond, Jr., for the dates of April 18, 2019 through and including April 22, 2019; May 24, 2019 through and including May 29, 2019; and July 24, 2019 through and including August 6, 2019. (Doc. 41.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 18th day of April, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA