IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

UNITED STATES OF AMERICA,          )
                                   )
         Plaintiff,                )
                                   )
v.                                 )    4:18CR268
                                   )
JEFFERY ALLMOND, JR.,              )
                                   )
         Defendant.                )

## MINUTE ORDER

The above cause having come before the Court on the 10th day of June 2019, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

> Government's Motion for Reciprocal Discovery (doc. 49) is GRANTED.
>
> Defendant's First Motion for Notice of Intent to Utilize 412(b)(C) Evidence (doc. 50) is TAKEN UNDER ADVISEMENT. Defendant shall file by noon tomorrow a written submission setting out the specific evidence they wish to have excluded. Government shall have until 5:00 tomorrow to file any response. All submissions shall be filed **under seal**.
>
> Defendant's Motion to Dismiss for Selective Prosecution (doc. 51) is TAKEN UNDER ADVISEMENT.
>
> Defendant's Motion to Exclude 404(b) Evidence (doc. 52) is GRANTED.
>
> Defendant's Motion for Acquittal, Motion to Dismiss (doc. 53) is TAKEN UNDER ADVISEMENT.
>
> Government's Motion in Limine (doc. 56) is TAKEN UNDER ADVISEMENT as to Subsections A, B, and D. Subsections C, E, and F are GRANTED.
>
> Government's Motion in Limine Concerning Self-Authenticating Evidence (doc. 60) is GRANTED.

All other pretrial motions are DISMISSED as MOOT.

SO ORDERED this 10th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA